IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELLA MAE HENDERSON,** | : CIVIL ACTION NO. 1:07-CV-0936 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **MRS. KERNS-BARR & OFFICER RIPPEY,** | : |
| **Defendants** | : |

### ORDER

AND NOW, this 16th day of October, 2007, upon consideration of the correspondence from *pro se* plaintiff dated October 11, 2007 (Doc. 24), requesting that counsel be appointed to assist plaintiff in litigating the above-captioned case, and it appearing that resolution of plaintiff's claim under 42 U.S.C. § 1983 neither implicates complex legal or factual issues nor requires significant factual investigation or the testimony of expert witnesses, see Tabron v. Grace, 6 F.3d 147, 155-57 (3d Cir. 1993) (listing factors relevant to a request for counsel), it is hereby ORDERED that:

1. Plaintiff's correspondence (Doc. 24) is CONSTRUED as a second motion for appointment of counsel and is DENIED as so construed. See Parham v. Johnson, 126 F.3d 454, 456-57 (3d Cir. 1997) (holding that prisoners have no constitutional rights to appointment of counsel in a civil case).

2. Should further proceedings demonstrate the need for counsel, the matter may be reconsidered either *sua sponte* or upon a motion by plaintiff. See Tabron, 6 F.3d at 156.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge